# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**BURCHICK CONSTRUCTION COMPANY, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 08-15C**
**Filed: March 10, 2008**

## O R D E R

To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Monday, March 17, 2008, at 2:30 p.m. DST.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Jameson at (412) 394-5400 and Mr. Wolak at (202) 616-0170.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**