# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**BURCHICK CONSTRUCTION COMPANY, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 08-15C**
**Filed: March 17, 2008**

## O R D E R

The court held a status conference in the above-captioned case on March 17, 2008, with the parties appearing by telephone. As discussed at the conference, the parties shall consult, and file a joint status report on or before **Friday, April 4, 2008**, addressing settlement prospects, and proposing a schedule for resolution of the case, with milestones and a time line. Furthermore, the court **SCHEDULES** a status conference for **Wednesday, April 9, 2008, 10:30 a.m. DST**. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Jameson at (412) 394-5400, Mr. Wolak at (202) 616-0170, and Mr. Downing at (706) 733-0188, ext. 6142.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**