# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BURCHICK CONSTRUCTION COMPANY, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 08-15C**
**Filed: April 9, 2008**

## O R D E R

The court held a status conference in the above-captioned case on April 9, 2008, with the parties appearing by telephone. As discussed at the conference, on or before **Friday, May 2, 2008**, the parties shall file a joint stipulation of facts. The joint stipulation of facts shall be thorough and comprehensive. The joint stipulation of facts should be contained in one document, and accompanied by a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be an issue in the case. The joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and response thereto, pursuant to RCFC 56(h)(3). On or before **Friday, May 2, 2008**, the parties also shall file a joint statement of issues of law, to focus the issues for the proposed cross-motions for partial summary judgment.

Furthermore, the court **SCHEDULES** a status conference for **Wednesday, May 7, 2008, 10:30 a.m. DST**. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Jameson at (412) 394-5400, Mr. Wolak at (202) 616-0170, and Mr. Downing at (706) 733-0188, ext. 6142. Neither party shall file a motion for partial summary judgment until the proposed motion is discussed at the May 7, 2008 conference.

If the parties and the court identify no material facts in dispute at the May 7, 2008 conference, the parties shall proceed to brief their cross-motions for partial summary judgment. On or before **Wednesday, May 28, 2008**, the parties shall file, simultaneously, their opening briefs. On or before **Wednesday, June 4, 2008**, the parties shall file, simultaneously, their reply briefs. The parties shall cite to the joint stipulation of facts and the supporting appendix in their briefs.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**