**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BURCHICK CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-15C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATEMENT OF ISSUES OF LAW**

Pursuant to this Court's April 9, 2008 order, the parties jointly and respectfully submit this joint statement of issues of law. The issue of law to be decided by the Court in the parties' forthcoming cross-motions for partial summary judgment is:

1. Whether contract no. VA786A-C-0021 (the "Contract") requires the defendant, the United States, to pay plaintiff, Burchick Construction Company, Inc. ("Burchick"), $45 per cubic yard for all extra "rock removal" performed upon the project, or whether the Contract entitles Burchick to an equitable adjustment of the contract price for rock removal performed in excess of the 100 cubic yard estimate provided by the Government in the solicitation.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ D. Matthew Jameson, III
DONALD MATTHEW JAMESON, III
Babst, Calland, Clements, Zomnir, PC
Two Gateway Center
8th Floor
Pittsburgh, PA 15222
Tel. (412) 394-5400
Fax. (412) 586.1038
e-mail: mjameson@bccz.com

Attorney for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644
e-mail: devin.wolak@usdoj.gov

Attorneys for Defendant

May 2, 2008

**CERTIFICATE OF FILING**

I hereby certify that on May 2, 2008, a copy of the foregoing "Joint Statement Of Issues Of Law" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin Wolak