**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BURCHICK CONSTRUCTION COMPANY, INC., | ) | |
| | ) | No. 08-15C |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF BURCHICK CONSTRUCTION COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Court of Federal Claims, Plaintiff Burchick Construction Company ("Burchick") respectfully requests that this Court grant partial summary judgment in Burchick's favor upon its claim that Burchick is to be paid $45 per cubic yard from the United States for additional rock excavation Burchick performed under Contract No. VA786A-C-0021. In support of this motion, Burchick relies upon the pleadings, the parties' Joint Stipulation of Facts and Appendix, the parties' Joint Statement of Issues of Law, and Burchick's Brief in Support of its Motion For Partial Summary Judgment.

Dated: May 28, 2008

Respectfully submitted,

BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.

By: /s/ D. Matthew Jameson
D. Matthew Jameson III, Esquire
PA ID No. 67764
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222
412-394-5400
412-586-1078
mjameson@bccz.com

**CERTIFICATE OF SERVICE**

I, D. Matthew Jameson, hereby certify that on this 28th day of May, 2008, I caused a true and correct copy of the foregoing PLAINTIFF BURCHICK CONSTRUCTION COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT to be filed via the Court's Electronic Case Filing System. The document is available for viewing and downloading from the Court's Electronic Case Filing System. I have also caused a true and correct copy of the document to be served upon the following by first class mail, postage prepaid:

Devin A. Wolak
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L. Street, N.W.
Washington, D.C. 20530

/s/ D. Matthew Jameson