# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **BURCHICK CONSTRUCTION COMPANY, INC.,** | |
| **Plaintiff,** | **No. 08-15C** |
| **v.** | **Filed: August 7, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

Following issuance of the court's opinion in the above-captioned case, to discuss future proceedings the court **ORDERS** the parties to appear at a status conference on **Wednesday, August 27, 2008, at 10:30 a.m. EDT,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Jameson at (412) 394-5400 and Mr. Wolak at (202) 616-0170.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**