# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**BURCHICK CONSTRUCTION COMPANY, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 08-15C**
**Filed: August 27, 2008**

## O R D E R

The court held a status conference in the above-captioned case on August 27, 2008, with the parties appearing by telephone. As discussed at the conference, on or before **Friday, September 12, 2008**, the parties shall file a joint statement of issues of law and fact for the proceedings to follow. The parties also shall include their schedule for depositions in the same document. Also on or before **Friday, September 12, 2008**, the parties' requests for written discovery shall be exchanged, with responses due by **Monday, October 20, 2008**. Discovery closes **Friday, November 21, 2008**. On or before **Monday, November 24, 2008**, the parties shall file a joint status report reflecting the close of discovery and proposing to the court a schedule for resolution of this case, with a time line. The court will then schedule a status conference, as necessary.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**