# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BURCHICK CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | No. 08-15C |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT STATEMENT OF ISSUES OF LAW AND FACT

Pursuant to this Court's August 27, 2008 order, the parties jointly and respectfully submit this joint statement of issues of law and fact to be resolved in the next stage of this case, which is: "to examine 'the relation of the parties and the circumstances under which they executed the contract." Burchick Const. Co. v. United States, Fed. Cl. No. 08-15C, order dated August 6, 2008.

1. Is there extrinsic evidence regarding the relation of the parties and the circumstances under which they negotiated and executed contract no. VA786A-C-0021 (the "Contract"), specifically with reference to the parties' intent and understanding of unit price for rock removal required upon the solicitation bid sheet, which addresses the ambiguity regarding Terms I and II (as those terms are defined in the Court's August 6, 2008 opinion) in the Contract?

2. If such extrinsic evidence exists, and the parties disagree about its meaning, the Court may need to conduct an evidentiary hearing to consider such evidence and then issue a ruling setting forth the legal interpretation of Terms I and II in the Contract.

3. If no such evidence exists, Burchick Construction Company, Inc. will request that the Court enter summary judgment in its favor, consistent with the Court's August 6, 2008

Opinion.

4. With respect to the Court's request that the parties include a schedule for depositions, the parties intend on taking depositions between October 21 and November 21, 2008. The identity of the specific witnesses to be deposed will be determined based upon the responses to the written discovery requests in this case.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ D. Matthew Jameson, III
DONALD MATTHEW JAMESON, III
Babst, Calland, Clements, Zomnir, PC
Two Gateway Center
8th Floor
Pittsburgh, PA 15222
Tel. (412) 394-5400
Fax. (412) 586.1038
e-mail: mjameson@bccz.com

Attorney for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644
e-mail: devin.wolak@usdoj.gov

Attorneys for Defendant

September 12, 2008

**CERTIFICATE OF FILING**

I hereby certify that on September 12, 2008, a copy of the foregoing "Joint Statement Of Issues Of Law And Fact" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin Wolak